## Waiver of the Service of Summons

PBGC v. Eber-Connecticut, LLC, et al., Civil Action No. 3:16-cv-01549

To, Desirée Amador:

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from October 14, 2016, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: Nov 4, 2016

**EBER-CONNECTICUT, LLC**
(d/b/a Slocum & Sons)
30 Corporate Drive
North Haven, CT  06473

By: W. Eber
Name: Wendy Eber
Its  President

m:\docs\00819\999\dg9673.doc