UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, | : : : | |
| Plaintiff, | : : : | CIVIL ACTION NO. 3:16-CV-01549 |
| v. | : : | |
| EBER-CONNECTICUT, LLC, EBER BROS. & CO., INC., EBER BROS. WINE & LIQUOR CORP. and EBER BROS. WINE & LIQUOR METRO, INC., | : : : : : | JANUARY 17, 2017 |
| Defendants | : : | |

## NOTICE OF APPEARANCE

The clerk of court and all parties of record:

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Eber-Connecticut, LLC, Eber Bros. & Co., Inc., Eber Bros Wine & Liquor Corp. and Eber Bros Wine & Liquor Metro, Inc.

    /s/David R. Schaefer
David R. Schaefer (ct04334)
BRENNER, SALTZMAN & WALLMAN LLP
271 Whitney Avenue
New Haven, CT  06511
Juris No. 06063
Tel. (203) 772-2600
Fax: (203) 562-2098
Email:  dschaefer@bswlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2017, a copy of the foregoing Notice of Appearance was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

/s/*David R. Schaefer*
David R. Schaefer (ct04334)