UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **PENSION BENEFIT GUARANTY CORPORATION**<br><br>                    Plaintiff,<br><br>v.<br><br>**EBER-CONNECTICUT, LLC,** *et al.*<br><br>                    Defendants. | **Case No. 3:16-cv-01549-WWE**<br><br>**Dated: January 31, 2017** |

## JOINT STATEMENT DEMONSTRATING EXEMPTION FROM LOCAL RULE 26(f) AND FILING FORM 26(f) REPORT

On January 24, 2017, this Court entered a notice and order requiring the parties to file, on or before February 8, 2017, either (1) a written statement signed by all counsel of record demonstrating that this case is exempt from the requirement of filing a Form 26(f) report, or (2) a Form 26(f) report along with a written statement signed by all counsel of record explaining why sanctions should not be imposed for the parties' failure to comply with Local Rule 26(f).

Pursuant to Fed. R. Civ. P 26(a)(1)(B)(i), the Pension Benefit Guaranty Corporation ("Plaintiff") and Eber-Connecticut, LLC, Eber Bros. & Co., Inc., Eber Bros. Wine & Liquor Corp. and Eber Bros. Wine & Liquor Metro, Inc. ("Defendants," and collectively with Plaintiff, the "Parties"), hereby jointly state that this case is exempt from Local Rule 26(f) and the requirement of filing a Form 26(f) report.  Under Fed. R. Civ. P. 26(a)(1)(B)(i), a proceeding is exempt from the initial disclosures required by Fed. R. Civ. P. 26(a)(1) if it is an action for review on an administrative record.  A proceeding exempted from initial disclosures under Fed. R. Civ. P. 26(a)(1)(B) is exempted from Fed. R. Civ. P. 26(f) and thus also exempt from Local Rule 26(f).

Plaintiff's Complaint establishes that this case is an action for enforcement of the Plaintiff's final agency determinations based on a review of the agency's administrative record pursuant to 5 U.S.C. § 706 (ECF No. 1 at ¶ 3) and, therefore, meets the criteria for exemption from Fed. R. Civ. P. 26(a)(1) and (f).

Dated: January 31, 2017
       Washington, D.C.

Respectfully submitted,

/s/ Desirée M. Amador
ISRAEL GOLDOWITZ
Chief Counsel
KARTAR S. KHALSA
Deputy Chief Counsel
STEPHANIE THOMAS
Assistant Chief Counsel
DESIREE M. AMADOR
KIMBERLY E. NEUREITER
ADITI KUMAR
Attorneys
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Phone: (202) 326-4020, ext. 3625
Emails: amador.desiree@pbgc.gov &
      efile@pbgc.gov
*Counsel for the Pension Benefit Guaranty Corporation*

Local Counsel
Lauren M. Nash
Assistant U.S. Attorney
United States Attorney's Office
Connecticut Financial Center
157 Church Street
New Haven, CT 06510
Phone: (203) 821-3700
Fax: (203) 773-5373
Email: lauren.nash@usdoj.gov

-and-

/s/ David R. Schaefer
David R. Schaefer (ct04334)
Sean M. Fisher (ct23087)
BRENNER, SALTZMAN & WALLMAN LLP
271 Whitney Avenue
New Haven, CT 06511
Juris No. 06063
Tel.: (203) 772-2600
Fax: (203) 562-2098
Email: dschaefer@bswlaw.com
Email: sfisher@bswlaw.com
*Counsel for Defendants*

2