UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, : : : Plaintiff, : : v. : : EBER-CONNECTICUT, LLC, EBER BROS. & CO., INC., EBER BROS. WINE & LIQUOR CORP. and EBER BROS. WINE & LIQUOR METRO, INC., : : : : : : Defendants : : | CIVIL ACTION NO. 3:16-CV-01549 FEBRUARY 14, 2017 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO REPSOND TO THE COMPLAINT

Pursuant to Local Rule 7(b)(1)(a), Defendants Eber-Connecticut, LLC, Eber Bros. & Co., Inc., Eber Bros. Wine & Liquor Corp. and Eber Bros. Wine & Liquor Metro, Inc. ("Defendants") in the above-referenced action move for a thirty (30) day extension of time to file a responsive pleading from February 17, 2017 to and including March 19, 2017.

The requested extension is necessary to allow the parties time to complete a potential settlement of this action. The parties have diligently pursued settlement of this action, including exchanging drafts of a written settlement agreement. The settlement is being funded by a bank loan, the commitment for which has been obtained, with the need to coordinate the documentation required by the bank and the PBGC. Despite reasonable

diligence, the parties have not been able to complete the settlement prior to the current pleading deadline of February 17, 2017.  Defendants respectfully submit that the requested extension would allow the parties to focus on completing a potential settlement rather than on litigating the merits of this action.

The thirty (30) day extension is requested because undersigned counsel will be out of town at the Federal Bar Council Winter Bench and Bar Conference until February 28, 2017, and if settlement is not competed by that date needs two weeks to prepare and file a responsive pleading.

Undersigned counsel states that counsel for the Plaintiff, Desirée Amador, Esq., has been contacted and Plaintiff does not consent to the granting of this motion.

This is the third motion for extension of time that has been filed by Defendants.

For the above reasons, Defendants respectfully request that the time to file a responsive pleading be extended thirty (30) days from February, 2017 to March 19, 2017.

        DEFENDANTS EBER-CONNECTICUT, LLC, EBER, BROS. & CO., INC., EBER BROS. WINE & LIQUOR CORP. and EBER BROS. WINE & LIQUOR METRO, INC.

By: *David R. Schaefer*
David R. Schaefer (ct04334)
Sean M. Fisher (ct23087)
BRENNER, SALTZMAN & WALLMAN LLP
271 Whitney Avenue
New Haven, CT  06511
Juris No. 06063
Tel. (203) 772-2600
Fax: (203) 562-2098
Email: dschaefer@bswlaw.com
Email:  sfisher@bswlaw.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on February 14, 2017, a copy of the foregoing Motion for Extension of Time to Respond to the Complaint was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

      /s/*David R. Schaefer*
      David R. Schaefer (ct04334)